| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Michelle Lynn Straw**<br>DOB: 1971; U.S. Citizen<br>SSN: xxx-xx-9882 | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>09-07532M |

Complaint for violation of Title 21 United States Code § 841(a)(1) and 841(b)(1)(C)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 26, 2009, at or near Amado, in the District of Arizona, **Michelle Lynn Straw**, did knowingly and intentionally possess with intent to distribute 50 kilograms or more, but less than 100 kilograms of marijuana, that is, approximately 95 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 26, 2009, at approximately 4:19 p.m., **Michelle Lynn Straw** approached the Border Patrol checkpoint on Interstate 19 near Amado, Arizona and failed to stop at secondary as directed. She was driving a 2006 Chevy Impala. The vehicle was discovered on the side of Interstate 19 with a blown tire. When agents approached, she refused to turn the vehicle off and fled the scene assaulting an agent who was almost run over by the vehicle. **Michelle Lynn Straw** tried to abscond until four agents tackled her. The vehicle contained approximately 95 kilograms of marijuana.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Arellano/kc<br>AUTHORIZED BY: AUSA *R. Arellano* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE Special Agent<br>Drug Enforcement Administration |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE *Jacqueline Marshall* | DATE<br>January 27, 2009 |

1) See Federal rules of Criminal Procedure Rules 3 and 54